

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIARA S. BAILEY,

    Plaintiff,

v.                                      Civil Action No. 3:13CV739

A. EDWARDS, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 8, 2014, the Court conditionally docketed this action. At that time, the Court directed Tiara S. Bailey to affirm her intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Bailey that a failure to comply with the above directive within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Bailey has not complied with the order of this Court. Bailey failed to return the consent to collection of fees form. As a result, she does not qualify for in forma pauperis status. Furthermore, she has not paid the statutory filing fee for the instant action. See 28 U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. See Fed. R. Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum

Opinion to Bailey.

/s/ REP

Robert E. Payne
Senior United States District Judge

Date: March 7, 2014
Richmond, Virginia