IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TIARA S. BAILEY,

    Plaintiff,

v.                            Civil Action No. 3:13CV739

A. EDWARDS, et al.,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 8, 2014, the Court conditionally docketed this action. The January 8, 2014 Memorandum Order warned Tiara S. Bailey that the Court would dismiss the action if she failed to keep the Court informed of her current address. On April 4, 2016, the United States Postal Service returned a March 23, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER" and "NO LONGER AT THIS INSTITUTION." Since that date, Bailey has not contacted the Court to provide a current address. Bailey's failure to contact the Court and provide a current address indicates her lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Bailey.

                                           /s/        
                              Robert E. Payne
                              Senior United States District Judge

Date: April 15, 2016
Richmond, Virginia